Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:   22−17758−SLM
Chapter:   13
Judge:   Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maruja F Carrascoso
   9−10 5th Street
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−2238

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              12/14/22
Time:              08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 3, 2022
JAN: wdh

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17758-SLM |
| Maruja F Carrascoso | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 03, 2022 | Form ID: 132 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maruja F Carrascoso, 9-10 5th Street, Fair Lawn, NJ 07410-6100 |
| 519717896 | + | American Finance Corp., National Bankrupcty Center, PO Box 168088, Irving, TX 75016-8088 |
| 519717915 | + | SPS/Deutsche Bank National Truct Co., PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 03 2022 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2022 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 03 2022 21:01:21 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519717897 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2022 20:56:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519717898 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2022 21:11:57 | CITIBANK/BEST BUY, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519717899 | + | Email/Text: ering@cbhv.com | Oct 03 2022 20:57:00 | COLLECTION BUREAU HUDSON VALLEY, INC., 155 NORTH PLANK ROAD, PO BOX 831, NEWBURGH, NY 12551-0831 |
| 519717900 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 03 2022 20:56:00 | CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, 25505 WEST 12 MILE ROAD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 519717901 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2022 20:57:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519717903 | | Email/Text: banko@preferredcredit.com | Oct 03 2022 20:56:00 | PREFERRED CREDIT INC, PO BOX 1970, ST CLOUD, MN 56301 |
| 519717905 | + | Email/Text: clientservices@simonsagency.com | Oct 03 2022 20:57:00 | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717918 | | Email/Text: bankruptcy@sunbit.com | Oct 03 2022 20:56:00 | TAB/SUNBIT, ATTN: BANKRUPTCY, 10880 WILSHIRE BLV SUITE 870, LOS ANGELES, CA 90024 |
| 519717916 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 22-17758-SLM    Doc 8    Filed 10/05/22    Entered 10/06/22 00:13:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: 132 | Total Noticed: 18 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 03 2022 21:01:51 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519717917 | + Email/PDF: gecsedi@recoverycorp.com | Oct 03 2022 21:01:17 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519726582 | + Email/PDF: gecsedi@recoverycorp.com | Oct 03 2022 21:01:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519717919 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 03 2022 20:56:00 | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519717904 | *P++ | PREFERRED CREDIT INC, 628 ROOSEVELT ROAD SUITE #100, SAINT CLOUD MN 56301-4867, address filed with court:, PREFERRED CREDIT INC, PO BOX 1970, ST CLOUD, MN 56301 |
| 519717906 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717907 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717908 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717909 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717910 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717911 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717912 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717913 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717914 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717902 | ##+ | KML Law Group P.C., 216 Hadden Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Maruja F Carrascoso ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 3 of 3
Date Rcvd: Oct 03, 2022     Form ID: 132     Total Noticed: 18
TOTAL: 3