Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17758−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maruja F Carrascoso
   9−10 5th Street
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−2238

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/13/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 13, 2023
JAN: ldd

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-17758-SLM
Maruja F Carrascoso  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Jan 13, 2023      Form ID: 148      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maruja F Carrascoso, 9-10 5th Street, Fair Lawn, NJ 07410-6100 |
| 519717896 | + | American Finance Corp., National Bankrupcty Center, PO Box 168088, Irving, TX 75016-8088 |
| 519717915 | + | SPS/Deutsche Bank National Truct Co., PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RECOVERYCORP.COM | Jan 14 2023 01:54:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519717897 | + | EDI: BANKAMER.COM | Jan 14 2023 01:54:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519730925 | | EDI: BANKAMER.COM | Jan 14 2023 01:54:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519717898 | + | EDI: CITICORP.COM | Jan 14 2023 01:54:00 | CITIBANK/BEST BUY, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519717899 | + | Email/Text: ering@cbhv.com | Jan 13 2023 20:56:00 | COLLECTION BUREAU HUDSON VALLEY, INC., 155 NORTH PLANK ROAD, PO BOX 831, NEWBURGH, NY 12551-0831 |
| 519717900 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 13 2023 20:56:00 | CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, 25505 WEST 12 MILE ROAD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 519786403 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 13 2023 20:57:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519717901 | + | EDI: IRS.COM | Jan 14 2023 01:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519717903 | | Email/Text: banko@preferredcredit.com | Jan 13 2023 20:56:00 | PREFERRED CREDIT INC, PO BOX 1970, ST CLOUD, MN 56301 |
| 519717905 | + | Email/Text: clientservices@simonsagency.com | Jan 13 2023 20:57:00 | SIMON'S AGENCY, INC., ATTN: |

| Recip ID | Bypass Reason | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717918 | | Email/Text: bankruptcy@sunbit.com | Jan 13 2023 20:56:00 | TAB/SUNBIT, ATTN: BANKRUPTCY, 10880 WILSHIRE BLV SUITE 870, LOS ANGELES, CA 90024 |
| 519717916 | + | EDI: RMSC.COM | Jan 14 2023 01:54:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519717917 | + | EDI: RMSC.COM | Jan 14 2023 01:54:00 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519726582 | + | EDI: RMSC.COM | Jan 14 2023 01:54:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519717919 | + | EDI: VERIZONCOMB.COM | Jan 14 2023 01:54:00 | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |
| 519773209 | + | EDI: AIS.COM | Jan 14 2023 01:54:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519717904 | *P++ | PREFERRED CREDIT INC, 628 ROOSEVELT ROAD SUITE #100, SAINT CLOUD MN 56301-4867, address filed with court:, PREFERRED CREDIT INC, PO BOX 1970, ST CLOUD, MN 56301 |
| 519717906 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717907 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717908 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717909 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717910 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717911 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717912 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717913 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717914 | *+ | SIMON'S AGENCY, INC., ATTN: BANKRUPTCY, PO BOX 5026, SYRACUSE, NY 13220-5026 |
| 519717902 | ##+ | KML Law Group P.C., 216 Hadden Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 13, 2023 | Form ID: 148 | Total Noticed: 21

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Maruja F Carrascoso ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4