RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  MARUJA F CARRASCOSO  
      9-10 5TH STREET  
      FAIR LAWN,  NJ  07410

Atty:  RUSSELL L LOW ESQ  
      LOW & LOW ESQS  
      505 MAIN STREET, SUITE 304  
      HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-17758

### RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/22/2022 | $1,000.00 | 28070583524 | | | |

**Total Receipts:** $1,000.00  -  **Amount Refunded to Debtor:** $0.00  =  **Receipts Applied to Plan:** $1,000.00

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 55.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 9,500.00 | 0.00% | 0.00 | 0.00 |
| 0003 | CITIBANK/BEST BUY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | COLLECTION BUREAU HUDSON VALLEY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CREDIT ACCEPTANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | UNITED STATES TREASURY/IRS | PRIORITY | 5,930.46 | 100.00% | 0.00 | 0.00 |
| 0008 | PREFERRED CREDIT INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 370,074.39 | 100.00% | 0.00 | 0.00 |
| 0011 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | TAB/SUNBIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 449.55 | 0.00% | 0.00 | 0.00 |
| 0018 | PREFERRED CREDIT INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

Chapter 13 Case # 22-17758

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0024 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | UNITED STATES TREASURY/IRS | UNSECURED | 735.06 | 0.00% | 0.00 | 0.00 |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 72.94 | 0.00% | 0.00 | 0.00 |

**Total Paid: $55.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $1,000.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $55.00      =      Funds on Hand: $945.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.